153 So. 922

**INTER–OCEAN CASUALTY CO. v. Joel ERVIN.**

4 Div. 53.

Court of Appeals of Alabama.

March 29, 1934.

PER CURIAM.

Appeal dismissed.

160 So. 920

**Guy ISBELL v. STATE.**

7 Div. 143.

Court of Appeals of Alabama.

April 22, 1935.

PER CURIAM.

Appeal dismissed on motion of appellant.

160 So. 921

**Sherman JACKSON v. STATE.**

4 Div. 147.

Court of Appeals of Alabama.

April 2, 1935.

RICE, Judge.

Affirmed.

155 So. 920

**Lucile JACKSON v. STATE.**

8 Div. 964.

Court of Appeals of Alabama.

May 22, 1934.

SAMFORD, Judge.

Affirmed.